IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-05 |
| STEVEN NORTHINGTON | : | |

**O R D E R**

**AND NOW**, this  12th  day of   July  , 2012, upon consideration of the Government's Request for Discovery of Defendant Northington's Mental Health Evidence (ECF No. 532), and Defendant Steven Northington's Memorandum Concerning Discovery Under Rule 16 and Proposed Competency Exam (ECF No. 533), it is **ORDERED** as follows:

1. The Government's Request for Discovery of Defendant Northington's Mental Health Evidence is **GRANTED**.

2. Counsel for Defendant Northington shall direct the defense mental health experts to provide their final reports to Counsel forthwith.

3. On or before July 25, 2012, Counsel for Defendant Northington shall provide firewall attorney Maureen McCartney with the final reports prepared by Defendant's mental health experts in support of Defendant's *Atkins* claim.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**