IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-05 |
| STEVEN NORTHINGTON | : | |

**O R D E R**

**AND NOW** this 12th day of September, 2012, upon consideration of Defendant Steven Northington's Objections to Some of the Government's Proposed Testing and Renewed Motion for Videotaping (ECF No. 578), and the Government's Response thereto (ECF No. 590), it is **ORDERED** as follows:

1. Defendant's objections to the Government's proposed testing are **OVERRULED**.

2. Defendant's Renewed Motion for Videotaping is **DENIED**.

3. The Government shall provide notice to defense counsel when the Government's experts have completed testing of Defendant. The notice shall include the names of the malingering tests that were administered to Defendant.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**