IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-05 |
| STEVEN NORTHINGTON | : | |

**O R D E R**

**AND NOW**, this 30th day of November, 2012, upon consideration of Defendant Steven Northington's Motion *in Limine* to Bar Admission of Defendant's Prior Convictions During the Guilt Phase of Trial (ECF No. 428), and the Government's Response thereto (ECF No. 515), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**