IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| STEVEN NORTHINGTON | : | NO. 07-550-05 |

# **O R D E R**

**AND NOW**, this 1st day of February, 2013, upon consideration of Defendant Steven Northington's Motion to Strike Government Notice of Intention to Admit Other Act Evidence Pursuant to Federal Rule of Criminal Procedure [sic] 404(b), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**