IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-05 |
| STEVEN NORTHINGTON | : | |

## **O R D E R**

**AND NOW**, this 6th day of May, 2014, upon consideration of Defendant Steven Northington's Motion for a New Trial (ECF No. 1546), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                            **BY THE COURT:**

                                                            */s/R. Barclay Surrick*
                                                            **U.S. District Judge**